UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LYNN ZELVIN, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

H Heritage, Inc.,

                Defendant.

23-CV-8022 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiffs shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **December 8, 2023**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: November 16, 2023
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge