

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, NY 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

March 4, 2024



Re:   Case 1:23-cv-08022-JGLC Zelvin v. H Heritage, Inc.
        Request for Additional Time to Submit Opposition to Defendant's Motion

Dear Judge Clarke:

Plaintiff respectfully submits this letter-motion to seek twenty-one additional days to submit opposition papers to defendant's Motion to Dismiss. The current deadline to oppose the motion is March 7, 2024, and Plaintiff seeks twenty-one additional days to do so, up to and until March 28, 2024. Counsel is requesting this time to confer with Plaintiff and gather further information to draft the opposition. Defense Counsel has graciously consented to this request, and this is the first time this relief is being requested.

We thank Your Honor for the attention and consideration herein.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorneys for Plaintiff

Cc: all Counsel of record on ECF

Application GRANTED. The deadline for Plaintiff to file an opposition to Defendant's motion to dismiss is extended to **March 28, 2024**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 5, 2024
         New York, New York

